UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ONEIDA J. ROBERSON, NICOLE WILLIAMS and RONALD WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 3:08-cv-00015 |
| FORD MOTOR COMPANY | JUDGE POLOZOLA |
| | MAGISTRATE DALBY |

## ORDER

Considering the Unopposed Motion to Consolidate:

IT IS HEREBY ORDERED that the matters of <u>Oneida J. Roberson, et al v. Ford Motor Company</u>, Case No. 3:08-cv-00015 <u>State Farm Fire and Casualty Company v. Ford Motor Company</u>, Case No. 3:08-cv-00221 be consolidated.

april 39, 2008

_____
Judge